LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniella Marie Gracia,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Christopher Nanos, et al.,<br><br>　　　　Defendants. | No. 20-CV-00451-RM-PSOT<br><br>**ORDER** |

Upon motion and good cause appearing, **IT IS HEREBY ORDERED** granting Laura Roubicek permission to withdraw as counsel of record in this matter.

DATED this ____ day of _____, 2021.

　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　The Honorable Rosemary Marquez
　　　　　　　　　　　　　　　　United States District Court Judge