STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
*State Bar No. 028364*
Limited-Scope counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniella Marie Gracia,<br><br>　　　Plaintiff,<br><br>v.<br><br>Mark Napier, Pima County Sheriff; Ofelia Dorsey #7531, Correctional Officer; William Grimsey #6095, Correctional Sergeant,<br><br>　　　Defendants. | Case No.: 4:20-cv-00451<br><br>**NOTICE OF INTERLOCUTORY APPEAL** |

　　　Plaintiff Daniella Gracia appeals from the Order at Doc. 46, denying Plaintiff's Motion for Protective Order.  This appeal is taken to the 9th Circuit Court of Appeals.

　　　　　　　　　　DATED November 11, 2021

　　　　　　　　　　_____

　　　　　　　　　　Stacy Scheff, limited scope Attorney for Plaintiff

Delivered via AZDC/ECF to all registered parties.

1